IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NINA SPEAR , <br>              **Plaintiff,** <br><br> v. <br><br> MARRIOTT HOTEL SERVICES, INC., MARRIOT INTERNATIONAL ADMINISTRATIVE SERVICES, INC., HOST HOTELS & RESORTS, L.P., HOST HOTELS & RESORTS, INC., HOST MARRIOTT CORPORATION, MARRIOTT INTERNATIONAL, INC. AND MARRIOTT SAN JUAN RESORT AND STELLARIS CASION, <br>              **Defendants.** | CIVIL ACTION <br><br><br><br> NO.  15-6447 |

**O R D E R**

      **AND NOW**, this 15th day of January, 2016, upon consideration of Defendants' Motion to Dismiss (ECF No. 3) and Plaintiff's Response in Opposition thereto (ECF No. 8), and for the reasons discussed in the Court's Memorandum Opinion dated January 15, 2016, **IT IS HEREBY ORDERED** that this action be transferred in its entirety to the United States District Court for the District of Puerto Rico.

                                                               **BY THE COURT:**

                                                               **/S/WENDY BEETLESTONE, J.**

                                                               _____

                                                               **WENDY BEETLESTONE, J.**